1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREW MARIA,

            Plaintiff

     v.

BOARD OF SUPERVISORS OF
THE COUNTY OF VENTURA,

            Defendant.

Case No. 2:22-cv-05582-MCS (GJS)

**ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE**

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkt. 1], all documents filed and lodged in this action, Defendant's motion to dismiss the Complaint and request for judicial notice [Dkts. 18-19, "Motion"] and the related briefing by the parties [Dkts. 21-22], and the Report and Recommendation of United States Magistrate Judge [Dkt. 24, "Report"].  The time for filing Objections to the Report has passed, and no Objections have been received by the Court.

     Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that:  the

///

///

///

1  Motion is GRANTED; the Complaint is dismissed without leave to amend; and

2  Judgment shall be entered dismissing this action without prejudice.

3

4   DATE: March 29, 2023

5  _____

6  MARK C. SCARSI
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2