JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARIA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF VENTURA,<br><br>　　　　Defendant. | Case No. 2:22-cv-05582-MCS (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: March 29, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE